KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LONNIE D. PHILLIPS, | ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. _____ |
| ROSEWOOD SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

Plaintiff, Lonnie D. Phillips ("Lonnie"), for his cause of action against Defendant, Rosewood Services, Inc. ("Rosewood"), states and alleges as follows:

**Parties**

1. Lonnie is a resident of the State of Kansas.

2. Rosewood is a Kansas corporation and may be served with process by service on Tammy Hammond at 384 N. Washington, P.O. Box 1321, Great Bend, Kansas 67530.

**Jurisdiction**

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

**Venue**

4. Venue is proper in the District Court for the District of Kansas pursuant to 28 U.S.C. ' 1391.

**Allegations of Fact**

5. Lonnie is a 63-year-old man who lives in Otis, Kansas. He was employed as a property maintenance manager by Rosewood beginning in June of 2018.

6. During his employment, Lonnie was a good and reliable employee and had no meaningful disciplinary actions prior to his termination.

7. Lonnie suffers from arthritis in his wrist, shoulder and ankle, which caused some absences and work limitations.

8. Lonnie required a knee replacement and was placed on leave from July 22, 2019 until September 4, 2019.

9. Rosewood never provided Lonnie with notice of his rights under the Family and Medical Leave Act ("FMLA") when he took leave for his knee replacement.

10. Upon completing his leave, Rosewood did not reinstate Lonnie but instead terminated his employment pursuant to a termination report signed by his supervisor on September 16, 2019.

11. Lonnie has subsequently been advised by a client of Rosewood that he was replaced by one or more "younger dudes".

12. Lonnie has exhausted his administrative remedies.

13. As a result of his termination, Lonnie has lost income, benefits and has incurred other damages.

## COUNT I
## FMLA

14. Lonnie realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above.

15. Rosewood is liable to Lonnie for violations of the FMLA; including lost wages and benefits, as well as liquidated damages and attorneys' fees under the FMLA.

## COUNT II
## AGE DISCRIMINATION

16. Lonnie realleges and incorporates herein the allegations contained in paragraphs 1 through 15 above.

17. Rosewood's actions constitute discrimination on the basis of age, entitling Lonnie to his lost wages and benefits, as well as liquidated damages and attorneys' fees under the Age Discrimination in Employment Act.

## COUNT III
## DISABILITY DISCRIMINATION

18. Lonnie realleges and incorporates herein the allegations contained in paragraphs 1 through 17 above.

19. Rosewood's actions constitute discrimination on the basis of disability, entitling Lonnie to his lost wages and benefits, as well as compensatory damages and attorney fees under the Americans with Disabilities Act.

WHEREFORE, Lonnie respectfully requests that the Court enter judgment in his favor and against Rosewood in an amount in excess of $75,000; that the Court award his reasonable attorneys' fees; that the costs of this action be assessed against Rosewood; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

RESPECTFULLY SUBMITTED,

 /s/ Larry G. Michel
Larry G. Michel        #14067
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674
lmichel@kenberk.com
ATTORNEYS FOR PLAINTIFF

**DEMAND FOR TRIAL BY JURY**

Lonnie hereby requests pursuant to Fed.R.Civ.P. 38(b) that all issues of fact be tried to a jury.

 /s/ Larry G. Michel
Larry G. Michel

**DESIGNATION OF PLACE OF TRIAL**

Pursuant to D.Kan. Rule 40.2, Lonnie designates Wichita, Kansas as the place of Trial.

 /s/ Larry G. Michel
Larry G. Michel

4