IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LONNIE D. PHILLIPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:21-CV-01001-JWB-KGG |
| | ) |
| ROSEWOOD SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lonnie D. Phillips and Defendant Rosewood Services, Inc. (collectively "the parties") file this *Joint Stipulation of Dismissal.* Pursuant to Fed. R. Civ. P. 41(a), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear its own costs.

WHEREFORE, the parties request that this Court dismiss this action with prejudice, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Larry G. Michel* | /s/*Gregory D. Ballew* |
| Larry G. Michel, KS Bar # 14067 | Gregory D. Ballew    KS Bar No. 17214 |
| KENNEDY BERKLEY YARNEVICH & WILLIAMSON, CHARTERED | Samantha Monsees    KS Bar No. 25936 |
| | FISHER & PHILLIPS LLP |
| 119 West Iron Avenue, 7th Floor | 4900 Main Street, Suite 650 |
| P.O. Box 2567 | Kansas City, Missouri 64112 |
| Salina, KS 67402-2567 | TEL: (816) 842-8770 |
| Phone:  (785) 825-4674 | FAX: (816) 842-8767 |
| Email:  lmichel@kenberk.com | Email: gballew@fisherphillips.com |
| | Email: smonsees@fisherphillips.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |